JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, et al., | Case No.: CV 14-03369-DMG (RZx) |
| Plaintiffs, | **ORDER RE FIREMAN'S FUND INSURANCE COMPANY'S DISMISSAL OF BROAN-NUTONE LLC WITH PREJUDICE [25]** |
| vs. | |
| BROAN-NUTONE LLC and DOES 1-20, inclusive, | |
| Defendant. | |

The parties having stipulated and agreed, IT IS ORDERED that the above-captioned case of FIREMAN'S FUND INSURANCE COMPANY against BROAN-NUTONE LLC is dismissed with prejudice.  The dismissal is without an award of costs or fees.  All scheduled dates and deadlines are VACATED.

DATED:  March 4, 2016                    _____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE